**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6532**

P. MARK SHAFER,

              Plaintiff - Appellant,

        v.

PAULA PRICE; CINDY DIAMOND; DSS/APS; WASHINGTON COUNTY HEALTH
SYSTEMS; JAMES P. HAMILL, President, Washington County
Hospital; ATTENDING PHYSICIAN; WASHINGTON COUNTY
COMMISSIONERS; SISKIND, GRADY, ROSEN, HOOVER, Law Firm,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (8:07-
cv-00183-PJM)

Submitted:  July 31, 2008          Decided:  August 4, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

P. Mark Shafer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

P. Mark Shafer appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Shafer v. Price</u>, No. 8:07-cv-00183-PJM (D. Md. Feb. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>